ACCEPTED
14-14-00481-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 5:35:50 PM
CHRISTOPHER PRINE
CLERK

No. 14-14-00481-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 5:35:50 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE FOURTEENTH COURT OF APPEALS

## HOUSTON, TEXAS

---

## LUCIDALIA CHAVEZ,

*Appellant,*

## V.

## WALTER CHAVEZ

*Appellee.*

---

## THE PARTYS' JOINT MOTION TO RESET SUBMISSION DATE

---

TO THE HONORABLE JUSTICES OF THE COURT:

Appellee and Appellant file this Joint Motion to Reset the Submission Date. In support of this motion, Appellee and Appellant show the following:

1. The parties filed a Joint Motion for Extension of Time for Appellee to File Brief on the Merits contemporaneously with this motion.

2. Inasmuch as the request in the motion for extension of time, if granted, will push the briefing deadlines past the current December 15, 2015

submission date, the parties respectfully MOVE that the Court reset the submission date in accordance with the deadlines requested in the motion for extension of time.

WHEREFORE PREMISES CONSIDERED, Appellee, Walter Chavez, and Appellant, Lucidalia Chavez, request that the Court grant their Joint Motion to Reset the Submission Date in accordance with the briefing dates requested in their Joint Motion for Extension of Time for Appellee to File Brief on the Merits.

Respectfully Submitted,

/s/ Robert A. Whitley
Robert A. Whitley
Bar No. 24056522
12621 Featherwood Dr.
Suite 282
Houston, Texas 77034
Email: robert@whitlegal.com
Phone: (281) 741-5225
Counsel for Appellee


/s/ Patricia G. Billings
(by permission)
Patricia G. Billings
Bar No. 24071984
107 W. First St., Suite 201
Humble, Texas 77338
Tel. (281)540-1529
Fax. (281)540-1535
Counsel for Appellant